THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-2589
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 06-5585-JSL(PLAx) |
|     Plaintiff, | |
|     v. | CONSENT JUDGMENT |
| $38,699.75 in U.S. CURRENCY, and ONE 2002 BMW 745Li, | |
|     Defendants. | |

In this action, plaintiff United States of America (the "government") alleges that the defendants $38,699.75 in U.S. Currency and One 2002 BMW 745Li $92,800 in U.S. Currency (the "defendants") are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A)&(C). Claimants Teodor C. Przymusinski, Computer Systems 2 Go, LLC, and Halina Przymusinski (collectively, the "claimants") dispute the government's allegations.

The parties have agreed to settle this forfeiture action and

to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(A)&(C).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than the claimants, and the time to file claims and answers has expired. The Court deems that all potential claimants other than the claimants admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4. The defendants $38,699.75 in U.S. Currency and One 2002 BMW 745Li shall be forfeited to the United States, which shall dispose of the same accordingly to law.

5. The claimants hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Federal Bureau of Investigation and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later

asserted by or on behalf of the claimants, arising out of or related to this action or to the seizure or possession of the defendants. The claimants represent and agree that they have not assigned and are the rightful owners of such claims, causes of action and rights.

6. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: April 7, 2009        _____/s/ Spencer Letts_____
                            UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2009    THOMAS P. O'BRIEN
                               United States Attorney


                               _____
                               PIO S. KIM
                               Assistant United States Attorney
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA


                               CALDWELL LESLIE & PROCTOR, PC
                               MICHAEL J. PROCTOR
                               MICHAEL D. ROTH


DATED: _____, 2009    _____
                               MICHAEL J. PROCTOR
                               Attorneys for claimants
                               Teodor C. Przymusinski; Computer
                               Systems 2 Go, LLC; and Halina
                               Przymusinski